JS-6

# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SURGICAL IRRIGATION TECHNOLOGIES, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOLOGIC, INC.,<br><br>　　　　Defendant. | Case No. 8:15-CV-01624-AG-JCG<br><br>**ORDER ON STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41**<br><br>**(L.R. 7-1)** |

1  Plaintiff Surgical Irrigation Technologies, Inc. ("Plaintiff") and Defendant Hologic, Inc. ("Defendant") jointly filed a Stipulated Dismissal With Prejudice Pursuant To Federal Rule of Civil Procedure, Rule 41 (the "Stipulated Dismissal").

Having considered the Stipulated Dismissal, and finding that good cause has been shown, IT IS HEREBY ORDERED THAT:

The Stipulated Dismissal is GRANTED.  Plaintiff's complaint in this matter is dismissed with prejudice. Defendant's counterclaims in this matter are dismissed without prejudiced. It is furthered ordered that each party will be responsible for its respective attorneys' fees and costs.

IT IS SO ORDERED.

Date: __February 22, 2016__   _____
Hon. Andrew J. Guilford
United States District Judge

Case No. . 8:15-CV-01624-AG-JCG           1
ORDER ON STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41